782 A.2d 419

STATE OF NEW JERSEY, PLAINTIFF–PETITIONER,
v. KENNETH E. JOHNSON, DEFENDANT–
RESPONDENT.

June 21, 2001.

Petition for certification is denied, without prejudice to either party seeking a stay of defendant's resentencing pending the completion of the remand proceedings in *State v. Sherron Rolex,* 167 *N.J.* 447, 771 *A.*2d 1206 (2001).

782 A.2d 419

AMERICA'S PRIDE CONSTRUCTION, PLAINTIFF–
RESPONDENT, v. JOHN FARY AND EILEEN
FARY, DEFENDANTS–PETITIONERS.

July 6, 2001.

Petition for certification is granted, and the matter is summarily remanded to the Appellate Division to reconsider in light of *Rule* 4:21A–4(f) and *Rule* 4:21A–5.

782 A.2d 420

TERRANCE FEARON, PLAINTIFF–PETITIONER, v. LEPEL
CORPORATION, ET AL., DEFENDANTS–
RESPONDENTS.

July 6, 2001.

Petition for certification is granted and the matter is summarily remanded to the Appellate Division for reconsideration in light of *Perreira v. Rediger* 169 *N.J.* 399, 778 *A.*2d 429 (2001).